**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                         Plaintiff,              )<br>                                                              )<br>vs.                                                      )<br>                                                              )<br>DEVIN BASS,                                      )<br>                                                              )<br>                         Defendant.          )<br>_____) | Case No. 2:16-cr-00056-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Julian Gregory, Esq.'s Motion to Withdraw as Counsel of Record (#12), filed on March 5, 2016.

Mr. Gregory represents that he has previously represented a material witness in a substantially related matter. Thus, Mr. Gregory asserts that his conflict of interest prohibits him from further representation of Defendant. The Court agrees. Accordingly,

**IT IS HEREBY ORDERED** that Julian Gregory, Esq.'s Motion to Withdraw as Counsel of Record (#12) is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. Appointed counsel shall enter an appearance by **March 17, 2016.**

**IT IS FURTHER ORDERED** that appointed counsel shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation.

DATED this 7th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge