# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cr-00056-GMN-GWF |
| vs. | **ORDER** |
| DEVIN BASS, | |
| Defendant. | |

This matter is before the Court on Defendant's letter regarding his inability to contact Mr. Jonathan Powell, Esq. (ECF No. 33), filed on October 12, 2016.

On September 18, 2016, Mr. Powell filed a Motion to Withdraw as Attorney (ECF No. 27). The Court conducted a hearing on September 21, 2016, granted the request that new counsel be appointed, and set an attorney appointment hearing for September 22, 2016. *See* Minutes (ECF No. 30). During the attorney reappointment hearing, Mr. Powell was re-appointed as counsel. *See* Minutes, (ECF No. 31).

In his letter, Defendant represents that since his last court appearance he has attempted to contact his counsel, but was not able to communicate with his counsel because Mr. Powell's phone was disconnected. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall serve Mr. Powell with a copy of Defendant's letter (ECF No. 33) and a copy of this order at his last known address.

**IT IS FURTHER ORDERED** that Mr. Powell is instructed to communicate with his client to resolve the issues discussed in Defendant's letter.

DATED this 24th day of October, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge