# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00056-GMN-GWF |
| vs. ) | **ORDER** |
| DEVIN BASS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's letter dated October 26, 2016 (ECF No. 40), filed on November 3, 2016.

Defendant wrote his letter to his counsel of record, Mr. Johnathan Powell, but mailed the letter to the Clerk of Court. Based upon the content of the letter, the Court instructs the Clerk of the Court to seal Defendant's letter dated October 26, 2016. The Court directs the Clerk of the Court to mail Defendant's letter to Defendant's counsel of record, Mr. Johnathan Powell, at his last known address. Accordingly,

**IT IS HEREBY ORDERED** Defendant's letter to his counsel, Mr. Johnathan Powell, dated October 26, 2016 (ECF No. 40) be sealed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Defendant's letter to his counsel of record at his last known address.

DATED this 7th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge