# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:16-cr-00056-GMN-GWF |
| vs. | **ORDER** |
| DEVIN BASS, | |
|     Defendant. | |

This matter is before the Court on Defendant's Motion for Status Check (ECF No. 44), filed on November 21, 2016.

Typically, criminal defendants represented by counsel may not file pro se motions. *United States v. Gallardo*, 915 F. Supp. 216, 218 (D. Nev. 1995), aff'd, 92 F.3d 1194 (9th Cir. 1996). Local Rule IA 11-6 provides as follows:

> A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

Jonathan Powell, Esq. currently serves as counsel for Defendant. *See* ECF No. 32. Defendant personally filed his motion with the Court. Because Defendant is represented by counsel, the Court denies his Motion for Status Check. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Status Check (ECF No. 44) is **denied**.

**IT IS FURTHER ORDERED** the Clerk of the Court is directed to strike ECF No. 44.

DATED this 29th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge