```
                FILED           RECEIVED
                ENTERED         SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    DEC 2 8 2016

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
        BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cr-00056-GMN-GWF-1 |
| vs. | ) | |
| | ) | |
| DEVIN BASS, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

On December 28, 2016, this Court granted defendant's motion to dismiss counsel and appoint new counsel (doc.54).

Accordingly, IT IS HEREBY ORDERED that Chris Arabia be APPOINTED as counsel for Devin Bass for all future proceedings.

Jonathan Powell's office shall forward the file to Mr. Arabia forthwith.

DATED this __28__ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE