UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) Case No. 2:16-cr-00056-GMN-GWF
) 
            Plaintiff, ) **ORDER**
vs. )
)
DEVIN BASS, )
)
            Defendant. )

Upon the motion of the defendant and there being good cause:

IT IS HEREBY ORDERED that the deadline for filing pre-trial motions in this instant matter be, and hereby is, extended and set for the __23rd__ day of _____March_____, 2017.

DATED this ___16th___ day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE